UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ARLA CRANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24 CV 03 CDP |
| ) | |
| ARCHER DANIELS MIDLAND CO., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered May 31, 2024, and the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that Count III of plaintiff Arla Crane's First Amended Complaint is dismissed with prejudice for failure to state a claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant Archer Daniels Midland Co. shall have judgment on Counts I and II of plaintiff Arla Crane's First Amended Complaint, and Counts I and II of the First Amended Complaint are dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2025.